<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

———————

**No. 12-1190**

———————

RALPH STEWART, JR.,

        Plaintiff – Appellant,

      v.

VCU HEALTH SYSTEM AUTHORITY, formerly "VCU/VCU Health System",

        Defendant – Appellee,

     and

VIRGINIA COMMONWEALTH UNIVERSITY; VCU/VCU HEALTH SYSTEM; VCU MEDICAL CENTER/MEDICAL COLLEGE OF VIRGINIA FOUNDATION; MCV/MCV PHYSICIANS; MCV HOSPITALS AUTHORITY; JOHN DUVAL; MARIA CURRAN; DONNA STEIGLEDER; MARIE GREENWOOD; SHARON JAHN; DEBORAH SLAYDEN; PETER RING; DUANE JACKSON; TERI KUTTENKULER; DAVID HOULETTE; ANTOINETTE LIGHT,

        Defendants.

———————

**No. 12-1305**

———————

RALPH STEWART, JR.,

        Plaintiff – Appellant,

      v.

VIRGINIA COMMONWEALTH UNIVERSITY HEALTH SYSTEM AUTHORITY, formerly "VCU/VCU Health System",

        Defendant – Appellee,

and

VIRGINIA COMMONWEALTH UNIVERSITY; VCU/VCU HEALTH SYSTEM;
VCU MEDICAL CENTER/MEDICAL COLLEGE OF VIRGINIA FOUNDATION;
MCV/MCV PHYSICIANS; MCV HOSPITALS AUTHORITY; JOHN DUVAL;
MARIA CURRAN; DONNA STEIGLEDER; MARIE GREENWOOD; SHARON
JAHN; DEBORAH SLAYDEN; PETER RING; DUANE JACKSON; TERI
KUTTENKULER; DAVID HOULETTE; ANTOINETTE LIGHT,

Defendants.

---

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:09-cv-00738-HEH-DJN)

---

Submitted:  June 21, 2012          Decided:  July 12, 2012

---

Before KING, DAVIS, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ralph Stewart, Jr., Appellant Pro Se.  Gregory Clayton Fleming,
Senior Assistant Attorney General, Richmond, Virginia; Lynn
Forgrieve Jacob, WILLIAMS MULLEN, Richmond, Virginia; Sara Berg
Rafal, WILLIAMS MULLEN, Virginia Beach, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, Ralph Stewart, Jr., appeals the district court's orders denying his motion for reconsideration and granting his request for an extension of time to file objections to the recommendation of the magistrate judge (No. 12-1190) and the court's order adopting the recommendation of the magistrate judge and dismissing Stewart's civil action and granting Appellee's request for attorney's fees. (No. 12-1305). On appeal, we confine our review to the issues raised in the Appellant's briefs. See 4th Cir. R. 34(b). Stewart's informal briefs do not challenge the bases for the district court's orders denying his motion for reconsideration and granting his request for an extension of time to file objections to the magistrate judge's recommendation. Stewart's informal briefs also do not challenge the district court's ruling granting Appellee's request for attorney's fees. Accordingly, Stewart has forfeited appellate review of this ruling and the court's orders giving rise to appeal No. 12-1190.

With respect to the district court's dismissal of Stewart's complaint, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stewart v. Va. Commonwealth Univ. Health Sys. Auth., No. 3:09-cv-00738-HEH-DJN (E.D. Va. Feb. 13, 2012). We deny Stewart's motion for an extension of the informal

3

briefing schedule and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED